# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2358
_____

T. Kristin Majka,

    Appellant,

    v.

Department of Children and
Families and Brandon
Cullum,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

March 26, 2026


Per Curiam.

    Affirmed.

Winokur, M.K. Thomas, and Treadwell, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ashley N. Richardson and Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Britt Thomas, Chief Assistant Attorney General, Tallahassee, for Department of Children and Families; Brandon Cullum, pro se, Appellee.